*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00938-CV

**IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   March 25, 2009

PETITION FOR WRIT OF MANDAMUS DISMISSED

On December 31, 2008, the Texas Department of Family and Protective Services, relator, filed a petition for a writ of mandamus. On March 17, 2009, the Department filed a first amended petition for a writ of mandamus. On March 18, 2009, the Department filed a motion to dismiss its mandamus petition pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). The court has determined the motion to dismiss should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, the motion is granted and the Department's first amended petition for a writ of mandamus is dismissed.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2001-PA-2118, styled *In the Interest of J.G.*, filed in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Berchelmann, Jr. presiding.